VWP OF AMERICA, INC., Plaintiff, v. THE UNITED STATES, Defendant.

Court No. 93–06–00313

## JUDGMENT ORDER

MUSGRAVE, Senior Judge: In accordance with the Settlement Agreement between the parties in this action,

IT IS HEREBY ORDERED that U.S. Customs and Border Protection shall reliquidate the entries identified in Schedule A attached hereto on the basis of me appraised values less 17%, and shall promptly refund to Plaintiff the excess duties with interest as provided by law; and it is further

ORDERED that each party shall bear its own costs and expenses; and it is further

ORDERED that this action is dismissed as settled.

*Schedule A*